UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DENNIS ALBA,<br><br>    Defendant. | 2:11-CR-246-JCM (CWH) |

**FINAL ORDER OF FORFEITURE AS TO**
**DEFENDANT DENNIS ALBA**

On October 20, 2011, this Court entered the Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant DENNIS ALBA, to the United States of America. Docket #18, #20, #22.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (#22) is final as to defendant DENNIS ALBA.

DATED this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE