UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:11-CR-246-JCM (CWH) |
| DENNIS ALBA, | ) ) ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On October 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant DENNIS ALBA to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant DENNIS ALBA pled guilty. Docket #1, #18, #20, #22.

On January 19, 2012, the United States District Court for the District of Nevada entered a Final Order of Forfeiture as to Defendant Dennis Alba. #27.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 15, 2011, through January 13, 2012, notifying all third parties of their right to petition the Court. #26.

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

11    (a)    a Ruger P89, 9mm handgun, bearing serial number 30421374; and

12    (b)    any and all ammunition.

13    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
14 certified copies to the United States Attorney's Office.

15    DATED February 24, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Final Order of Forfeiture on February 21, 2012, by the below identified method of service:

<u>CM/ECF</u>:

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Email: Monique_Kirtley@fd.org
Counsel for Defendant Dennis Alba

Richard F Boulware
Federal Public Defender
411 E. Bonneville Suite 250
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Counsel for Defendant Dennis Alba

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal